```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **MELVIN HITCHENS,** * | |
| * | |
| Plaintiff, * | |
| * | |
| vs. * | **CIVIL ACTION NO. 22-00468-B** |
| * | |
| **KILOLO KIJAKAZI,** * | |
| Acting Commissioner of * | |
| Social Security, * | |
| * | |
| Defendant. * | |

## JUDGMENT

In accordance with the order entered on April 25, 2023, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Defendant's unopposed motion for remand (Doc. 13) is **GRANTED,** and that the decision of the Commissioner of Social Security denying Plaintiff a continuation of disability insurance benefits is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  See Melkonyan v. Sullivan, 501 U.S. 89 (1991).  The remand pursuant to sentence four of § 405(g) makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this Court's jurisdiction over this matter.

**DONE** and **ORDERED** this **25th** day of **April, 2023.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**